UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80134-CIV-HURLEY

**MARY WASHINGTON,**
    **Plaintiff,**

v.

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**
    **Defendant.**
_____/

## ORDER DENYING MOTION FOR DEFAULT

**THIS CAUSE** is before the court upon the plaintiff's motion for entry of default under Rule 55(a) [DE#9]. On June 11, 2009, Magistrate Judge Lynch filed his Report and Recommendation upon the motion [DE# 14], to which neither side has filed any objection.

Having carefully reviewed the Magistrate Judge's Report and Recommendation upon the motion, the court finds the resolution of the issue as recommended by Magistrate Judge Lynch to be sound and well reasoned, and accordingly shall adopt that recommendation here.

It is accordingly **ORDERED AND ADJUDGED:**

1. The plaintiff's motion for entry of default under Rule 55(a) [DE# 9] is **DENIED.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 30th day of June, 2009.

_____
Daniel T. K. Hurley
United States District Judge

copy to:
all counsel